No. 457, Misc. REED v. MARONEY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 467, Misc. RICKERSON v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 484, Misc. WASHINGTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 485, Misc. NORRIS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 488, Misc. BARTON v. IOWA. Supreme Court of Iowa. Certiorari denied.

No. 674, Misc. BARNARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 494, Misc. WOLFE v. MISSOURI ET AL. Petition for writ of certiorari to the Supreme Court of Missouri denied without prejudice to the petitioner's habeas corpus proceeding now pending in the United States District Court for the Western District of Missouri. *Bernard J. Mellman* for petitioner. *Thomas F. Eagleton,* Attorney General of Missouri, and *Ben Ely, Jr.,* Assistant Attorney General, for respondents.

No. 902, October Term, 1960. MOHEGAN INTERNATIONAL CORP. v. CITY OF NEW YORK ET AL., 366 U. S. 764. Motion for leave to file petition for rehearing denied.